**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00282-CV**
_____

**CHRISTOPHER D. EUSTICE, Appellant**

**V.**

**PAYSAFE PAYMENT PROCESSING SOLUTIONS LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-03-04135-CV**

**MEMORANDUM OPINION**

Christopher D. Eustice appealed from a final judgment, signed on September 1, 2021. But after that, Eustice failed to file the brief assigning a claim of error to the judgment that he appealed. After Eustice failed to meet the deadline for filing his brief, the Court, through the Clerk, notified him that his brief was past due. The Court also warned him that we would dismiss his appeal if he failed to file a brief or asked for an extension of time to do so on or before November 22, 2021. *See* Tex. R. App. P. 38.8(a)(1).

1

On December 7, 2021, the Court notified the parties that on December 28, 2021, the Court had submitted the appeal on the record without any briefs. By failing to comply with the Court's instructions, Eustice failed to prosecute his appeal. For the reasons explained above, Eustice's appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b); *id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 28, 2021
Opinion Delivered January 13, 2022

Before Golemon, C.J., Horton and Johnson, JJ.